No. 10–5706. BRANDON *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carachuri-Rosendo* v. *Holder,* 560 U. S. 563 (2010).